STATE of Minnesota, petitioner,
Appellant,

v.

Terence Patrick O'CONNOR, Respondent.

No. C8–96–1329.

Supreme Court of Minnesota.

Jan. 28, 1998.

*ORDER*

WHEREAS, by order filed on May 28, 1997, this court stayed all proceedings pending final disposition by this in *State v. Stone, et. al.,* 557 N.W.2d 588 (Minn.App.1996), *pet. for rev. granted,* (Minn.1997) and *State v. Jackson,* 558 N.W.2d 752 (Minn.App.1997) *pet. for rev. granted,* (Minn.1997).

IT IS HEREBY ORDERED that the decision of the court of appeals reversing the district court's order which found that the State of Minnesota has jurisdiction to enforce Minn.Stat. § 169.797 (1996) (failure to provide proof of motor vehicle insurance), against a member of the Leech Lake Band of Chippewa Indians on the Leech Lake Reservation, be and the same is, affirmed. Our holding in *State v. Stone,* 572 N.W.2d 725 (Minn.1997), controls the disposition of this appeal. The decision of the court of appeals is affirmed.

BY THE COURT:

/s/ Alexander M. Keith
A.M. Keith
Chief Justice